```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2738

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8
                    UNITED STATES DISTRICT COURT
 9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
    UNITED STATES OF AMERICA,    )   Case No. Cr. 12-408 WBS
11                               )
                Plaintiff,       )   STIPULATION REGARDING
12                               )   EXCLUDABLE TIME PERIODS UNDER
         v.                      )   SPEEDY TRIAL ACT; [PROPOSED]
13                               )   FINDINGS AND ORDER
    CHRISTOPHER LEE BARNA,       )
14                               )
                Defendant.       )
15                               )
                                 )
16

17       Plaintiff United States of America, by and through its

18  counsel of record, and defendant, by and through his counsel of

19  record, hereby stipulate as follows:

20       1.   Defendant first appeared before Magistrate Judge

21  Newman, a judicial officer in the court in which this charge is

22  pending, on November 28, 2012.  On that date, this matter was set

23  for status on January 14, 2013 before Judge Shubb.  In addition,

24  at the request of defendant, for the purpose of computing time

25  under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within

26  which trial must commence, the time period from November 28,

27  2012, through January 14, 2013, was deemed excludable pursuant to

28  18 U.S.C. § 3161(h)(7)(A) and B (iv) [Local Code T4].
```

1    2.    By this stipulation, defendant now moves to continue the status conference until March 11, 2013 and to exclude time between January 14, 2013, and March 11, 2013, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the court find the following:

    a.    The government has represented that there is substantial discovery associated with the case which includes investigative reports and related documents in electronic form (approximately 880 pages). All of this discovery has been produced directly to counsel.

    b.    Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation related to the charges, to review discovery for this matter, and to otherwise prepare for potential resolution of this matter or trial.

    c.    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.    The government does not object to the continuance.

    e.    Counsel for defendant has specifically discussed all of the contents of this stipulation with his client and represents that his client concurs with the contents of this stipulation.

f. Defendant Barna has specifically discussed all of the contents of this stipulation with his counsel and represents that he concurs with the contents of this stipulation.

g. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original dates prescribed by the Speedy Trial Act.

h. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 14, 2013, to March 11, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B (iv) [Local Code T4] because it results from a continuance granted by the judge at defendant's request on the basis of the judge's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period

//
//
//
//

within which a trial must commence.

IT IS SO STIPULATED.

DATED: 8 January 2013.

                 /s/ Tice-Raskin
                 S. ROBERT TICE-RASKIN
                 Assistant United States Attorney

DATED: 8 January 2013.

                 /s/ Doug Beevers
                 DOUGLAS BEEVERS
                 Counsel for Defendant

## O R D E R

IT IS SO FOUND AND ORDERED this <u>12th</u> day of January, 2013.

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE